### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE FARM MUTUAL : | |
| AUTOMOBILE INSURANCE : | |
| COMPANY, : | |
|     Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | NO. 12-3052 |
| : | |
| JIMMIE SANDERS, et al., : | |
|     Defendants. : | |

## ORDER

**AND NOW**, this __24th__ day of ___April_____, 2014, it is **ORDERED** that Defendants' Motion to Compel & for Sanctions (ECF No. 227) is **DENIED**.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:     Copies **MAILED** on _____ to: